**1534-14**

CCA #    13-12-00671-CR

OFFENSE:  Failure to Register as a Sex Offender

STYLE: ROGER ALAN SCOTT v. THE STATE OF TEXAS

COUNTY:  Tarrant

TRIAL COURT:
TRIAL COURT #:    1264079D
TRIAL COURT JUDGE:   Hon. Ruben Gonzalez Jr.
DISPOSITION: REVREN
DATE:    October 16, 2014
JUSTICE: Gregory T. Perkes _____ PC ___ S ____
PUBLISH: _____          DNP: __x_____

MOTION FOR REHEARING IS: ____N/A_____
  DATE:
  JUDGE:

CLK RECORD: ____1_____
RPT RECORD: ____2 plus 1 volume exhibits____
STATE BR: __1_____
APP BR: ___1_____

SUPP CLK RECORD _____
SUPP RPT RECORD _____
Reply BR _1_____
PRO SE BR _____

## IN THE COURT OF CRIMINAL APPEALS

CCA # __**1534-14**__

------------------

_____State's_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

___Refused,_____

DATE: _04/22/2015_____

JUDGE: Per Curiam_____

ALCALA WOULD GRANT _____

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____    PC: _____
PUBLISH: _____    DNP: _____

------------------

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____